**Motion Granted; Appeal Reinstated and Dismissed and Memorandum Opinion filed January 24, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-10-00226-CV

———————

**CITY OF HOUSTON, Appellant**

**V.**

**CES ENVIRONMENTAL SERVICES, INC., Appellee**

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2010-06391**

## M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from a temporary injunction signed March 5, 2010. This court was notified that appellee, CES Environmental Services, Inc., petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas, under cause number 10-36924-H4-7. Accordingly, on September 30, 2010, we stayed all proceedings in the appeal. See Tex. R. App. P. 8.2.

On January 13, 2012, appellant, the City of Houston, filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. According to the motion, the appeal has been rendered moot because the trial court signed an order on January 9, 2012, dismissing the underlying suit, pursuant to appellee's notice of non-suit. The appeal is reinstated and the motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and McCally.